| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| UNITED STATES OF AMERICA | § | |
| :--- | :--- | :--- |
| | § | |
| | § | CASE NO. 1:18-CR-0019-MAC |
| *versus* | § | |
| | § | |
| | § | |
| ROBERT BEN DECKERT | § | |

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

On September 19, 2018, the Defendant, Robert Ben Deckert, filed two motions to suppress. (Doc. Nos. 38, 39.) The court referred the motions to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration and entry of proposed findings and a recommended disposition. *See* 28 U.S.C. § 636(b)(1)(B); E.D. TEX. CRIM. R. 59(d). On October 10, 2018, Judge Hawthorn entered his Report and Recommendation recommending that the court deny both motions. (Doc. No. 55.)

The parties have not objected to the magistrate judge's findings, and the time for doing so has passed. The court concludes that the magistrate judge's findings, conclusions and analysis are correct. Accordingly, the report of the magistrate judge is **ADOPTED**. It is further **ORDERED** that the Defendant's Motions to Suppress (Doc. Nos. 38, 39) are **DENIED**.

SIGNED at Plano, Texas, this 16th day of October, 2018.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE